# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Leinenweber | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 2 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA v  Michelle Bujak | | |

**DOCKET ENTRY TEXT**

Arraignment held.  The defendant enters plea of Not Guilty   to the Information.  16.1A conference to be held by 4/1/08. Pretrial motions to be filed by 4/15/08.   Responses to pretrial motions are due by 4/22/08.  Status hearing set before  Judge Leinenweber  on 4/23/08 at 9:00 a.m.   The Defendant's conditions of release are modified to include mental health screening as deemed advisable by the pretrial services officer.  Time is excluded pursuant to 18:3161(h)(1).  *AK*

Xt1

Docketing to mail notices.

00:08

| | Courtroom Deputy | AC |
|---|---|---|