AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

# UNITED STATES DISTRICT COURT

MAR 2 5 2008
Mar 25 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES
DISTRICT COURT

_____NORTHERN_____   DISTRICT OF   ___ILLINOIS,   EASTERN DIVISION___

UNITED STATES OF AMERICA

v.                                    **WAIVER OF INDICTMENT**

MICHELLE BUJAK

                                    **CASE NUMBER**:   08 CR 125-2

I,   ___MICHELLE BUJAK_____, the above named defendant, who is accused of

(1) robbing LaSalle Bank, located at 4046 111th Street, Oak Lawn, Illinois, of
approximately $5,985 in United States currency on or about January 9, 2008, (2)
robbing TCF Bank, located at 1 Devon Avenue, Park Ridge, Illinois, of approximately
$6,000 in United States currency on or about January 30, 2008, and (3) robbing
Plaza Bank, located at 6500 W. Irving Park Road, Chicago, Illinois, of approximately
$1,150 in United States currency on or about February 8, 2008, all in violation of Title
18, United States Code, Sections 2113(a) and 2(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on   ___March 25, 2008___   prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_Michelle Bujak_
*Defendant, Michelle Bujak*

_Alison Siegler_
*Counsel for Defendant, Alison Siegler*

Dated:  March 25, 2008

Before  *Arlander Keys*
_____
*United States Magistrate Judge*
*Northern District of Illinois*