Order Form (01/2005)

HHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 2 | **DATE** | 5/14/2008 |
| **CASE TITLE** | United States of America vs. Michelle Bujak | | |

**DOCKET ENTRY TEXT**

The Court appoints Rose Lindsay of the Federal Defender Program to represent the defendant Michelle Bujak.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP