# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 2 | **DATE** | 5/14/2008 |
| **CASE TITLE** | United States of America vs. Michelle Bujak | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/8/2008 at 9:00 a.m. Rose Lindsey granted leave to substitute as counsel for defendant. Enter excludable delay in the interest of justice and continuity of counsel to begin 5/14/2008 and end 7/8/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|