## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | |
| v. | | Case No.: 1:08−cr−00125 |
| | | Honorable Harry D. Leinenweber |
| Kevin James Bujak, et al. | | |
| | Defendant. | |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable Harry D. Leinenweber:as to Michelle Bujak Status hearing reset for 7/16/2008 at 09:00 AM. Enter excludable delay in the interest of justice to begin 7/8/2008 and end 7/16/2008 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.